UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LORRAINE SAINT PIERRE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket no. 2:22-cv-00157-GZS ) |
| NFG HOUSING PARTNERSHIP, LLC, | ) ) |
| Defendant. | ) ) |

**ORDER ADOPTING RECOMMENDED DECISION**

On May 26, 2022, the United States Magistrate Judge filed with the Court his Recommended Decision After Review of Complaint Pursuant to 28 U.S.C. § 1915 (ECF No. 6). No objections have been filed. The Court has made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision and concurs with the recommendations of the Magistrate Judge for the reasons set forth in that order.

It is therefore **ORDERED** that:

1. This Recommended Decision is hereby **ADOPTED**.
2. The Complaint is hereby **DISMISSED** for failing to state a claim on which relief may be granted in accordance with 28 U.S.C. § 1915(e)(2)(B)(ii).

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 22nd day of June, 2022.